

RECEIVED
JAN 7 9 23 AM '98
U.S. MARS...
SOUTHERN DISTRICT OF
CALIFORNIA

FILED
JAN - 7 1998
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**07 CRIM. 561**

UNITED STATES OF AMERICA

VS.

DAVID PEREZ (1)

CORRECTED
JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE NO. 97CR2602-K

__PAUL GOLDBERGER, RETD.__
DEFENDANT'S ATTORNEY

THE DEFENDANT

___X___ pleaded guilty to count(s) _one and two of the information_

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER |
|---|---|---|
| 21 USC 841(a)(1) AND 846 | CONSPIRACY TO DISTRIBUTE MARIJUANA | 1 |
| 18 USC 1956(a)(1)(B)(i)-1956(h) | CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___X___ Pursuant to 18 USC 3003 the Court hereby imposes a penalty assessment in the amount of $100.00.

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

DEFENDANT: DAVID PEREZ (1)
CASE NUMBER: 97CR2602-K

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

__120 MONTHS ON EACH COUNT, CONCURRENTLY__

THE COURT RECOMMENDS PLACEMENT IN AN EAST COAST FACILITY.

__X__  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

  __X__ on or before __1/26/98 BY NOON__.

__DECEMBER 22, 1997__
IMPOSITION OF SENTENCE

*[Signature]*
HON. JUDITH N. [FEEL]
UNITED STATES DISTRICT JUDGE

DEFENDANT'S ACKNOWLEDGMENT OF APPLICABLE CONDITIONS OF SUPERVISION

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions [illegible] ... fully understand the c[onditions] and have been provided a copy of [them].

# RETURN

(Signed) *[Signature]* 10/20/0[6]
Defendant / Date

*[Signature]* 10/20/0[6]
U.S. Probation Officer / Designated Witness / Date

I have executed this Judgment as follows:

Defendant V1S on 1·26·98 to FCI FOrt Dix (WEST)
at Ft Dix, NJ 08640, with a certified copy of this judgment.

A.F. Beeler, Warden
~~UNITED STATES MARSHAL~~

BY *[Signature]* Anderson, LE
~~DEPUTY MARSHAL~~

COPY RETURNED TO USM 1·29·98   69
*[Signature]* Anderson, LE

97CR2602-K

DEFENDANT:DAVID PEREZ (1)
CASE NUMBER:97CR2602-K

# SUPERVISED RELEASE

    Upon release from imprisonment, the defendant shall be placed on supervised release for a term of __FIVE YEARS ON COUNT ONE,__

_____THREE YEARS ON COUNT TWO, CONCURRENTLY_____


    While on supervised release, the defendant shall not commit another federal, state or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:


1) The defendant shall report to the probation department as directed and follow the course of conduct as prescribed.

2) The defendant shall not possess firearms, explosive devices or dangerous weapons in any form.

3) The defendant shall submit his person to search, conducted in a reasonable manner, at reasonable times, by a probation officer.

4) The defendant shall not enter the Republic of Mexico without the written permission of the probation department.

5) The defendant shall obey all laws, federal, state and local, minor traffic excepted.

6) The defendant shall report all vehicles owned, operated, or in which he has an interest to the probation department.

7) The defendant shall pay a fine unto the United States in the amount of $50,00.00 forthwith or through the Inmate Financial Responsibility Program.

8) The defendant shall provide complete disclosure, both personal and financial to the probation department.

97CR2602-K

DEFENDANT: DAVID PEREZ (1)
CASE NUMBER: 97CR2602-K

# STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state or local crime;

2) The defendant shall not leave the judicial district without the permission of the court or probation officer;

3) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) The defendant shall support his or her dependents and meet other family responsibilities;

6) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

7) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) The defendant shall refrain from excessive use of alcohol and shall not purchase, use, distribute, or administer any narcotic or controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgement.

I hereby attest and certify on JAN - 7 1998
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody

ROBERTA WESTDAL
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

97CR2602-K