**07 CRIM. 561**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Miscellaneous Clerk | OFFENSE: Conspiracy to Distribute Marijuana; 21 U.S.C 841 (a)(1) & 846; Conspiracy to Launder Monetary Instruments; 18 U.S.C 1956 (a)(1)(B)(i)-1956(h) |
| | | ORIGINAL SENTENCE: One hundred Twenty (120) months imprisonment; Five (5) years supervised release |
| FROM: | Theresa L. Maisano<br>U.S. Probation Officer | SPEC. CONDITIONS: The defendant shall report to the probation department as directed and follow the course of conduct as prescribed. The defendant shall not possess firearms, explosive devices or dangerous weapons, in any form. The defendant shall submit his person to search, conducted in a reasonable manner, at reasonable times, by a probation officer. The defendant shall not enter the Republic of Mexico without the written permission of the probation department. The defendant shall obey all laws, federal, state and local, minor traffic excepted. The defendant shall report all vehicles owned, operates or in which he has an interest to the probation department. The defendant shall pay a fine unto the United States in the amount of $50,000 forthwith of through the Inmate Financial Responsibility Program. The defendant shall provide complete disclosure, both personal and financial to the probation department. |
| | | AUSA:  To be assigned |
| RE: | David Perez<br>Docket # 1: 97 CR 2602-K<br>(SD/CA) | |

[Stamp: JUN 20 2007]

DATE OF SENTENCE:   December 22, 1997

DATE:   June 13, 2007

ATTACHMENTS:   PSI X     JUDGMENT X     PREVIOUS REPORTS
VIOLATION   PETITION

REQUEST FOR:     WARRANT____     SUMMONS ____     COURT DIRECTION  X

## TRANSFER OF JURISDICTION

Reference is made to the above-mentioned offender who on December 22, 1997, was sentenced by the Honorable Judith N. Keel, United States District Judge, Southern District of California, to one hundred twenty (120) months incarceration; five (5) years supervised release. Perez was convicted of Conspiracy to Distribute Marijuana in violation of 18 U.S.C. 841 (a)(1) & 846, a Class A Felony and Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C 1956 (a)(1)(B)(i)-1956(h), a Class C Felony. Special conditions were ordered, as follows: The defendant shall report to the probation department as directed and follow the course of conduct as prescribed. The defendant shall not possess firearms, explosive devices or dangerous weapons, in any form. The defendant shall submit his person to search, conducted in a reasonable manner, at reasonable times, by a probation officer. The defendant shall not enter the Republic of Mexico without the written permission of the probation department. The defendant shall obey all laws, federal, state and local, minor traffic excepted. The defendant shall report all vehicles owned, operates or in which he has an interest to the probation department. The defendant shall pay a fine unto the United States in the amount of $50,000 forthwith of through the Inmate Financial Responsibility Program. The defendant shall provide complete disclosure, both personal and financial to the probation department.

The purpose of the correspondence is to request that jurisdiction be transferred to the Southern District of New York. This request is based on the fact that Perez is a life-long resident of New York with various community ties and as such, is very unlikely to reside within the confines of the sentencing district.

On June 6, 2007, the Honorable Irma E. Gonzalez, Chief United States District Judge, agreed to a transfer of jurisdiction and executed the Probation Form 22.

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred to the Southern District of New York.

Enclosed is a Transfer of Jurisdiction Order for your review.

Respectfully Submitted,

Chris J. Stantion
Chief U.S. Probation Officer

By: *Theresa Maisano*
Theresa L. Maisano
U.S. Probation Officer
(212) 805-5136

Approved By: *Paul Wodeshick*
Paul Wodeshick
Supervising U.S. Probation Officer